**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IRON WORKERS' LOCAL NO. 25 PENSION FUND;
IRON WORKERS' LOCAL UNION NO. 25
INDIVIDUAL ACCOUNT RETIREMENT FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,                    Case No.  05-73576

v.                                     Hon.  Victoria A. Roberts

VULCAN IRON WORKS, INC., a Michigan
Corporation, VULCAN IRON, LLC., a Michigan
Limited Liability Company, JIM R. EDWARDS,
and MICHAEL A. JOHN JR., Individually.

      Defendants.
_____/

**DAVID J. SELWOCKI  P51375
ALEXANDRA C. AKAS  P64004**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
1000 Maccabees Center
25800 Northwestern Highway
PO Box 222
Southfield MI  48037-0222
(248) 746-0700
_____/

**CONSENT JUDGMENT**

      At a session of court held in the City of Detroit, Wayne County, Michigan on October October 11,  2005.

      PRESENT:   Hon. Victoria A. Roberts
                         U.S. District Court Judge

    Defendants, VULCAN IRON WORKS, INC., by and through its President, Jim R. Edwards; VULCAN IRON, LLC., by and through its managing member, Jim R. Edwards, and

Dockets.Justia.com

JIM R. EDWARDS, individually, consent to entry of a Judgment in favor of Plaintiffs in the amount of Two Hundred Fourteen Thousand Three Hundred Eighty One and 08/100 ($214,381.08) Dollars.

The above named Defendants also consent to Plaintiffs moving to have this Honorable Court amend this Consent Judgment to include the mandates of 29 USC §1132(g)(2) based on further submissions by Plaintiffs.  Said mandates include:

A. Interest on the unpaid contributions;

B. An amount equal to the greater of:

  i. interest on the unpaid contributions; or
  ii. liquidated damages provided for under the plan.

C. Reasonable attorney fees and costs of the action; and

D. Such other legal or equitable relief as this court deems appropriate.

It is further consented and therefore ordered, that the Corporate Defendant will undergo an audit and this Judgment will be amended to conform with same.

The parties also consent, and thereby if it is ordered that this Court maintain jurisdiction of this matter for purposes of satisfaction of this Judgment.

  /s/ Victoria A. Roberts
United States District Judge

Dated:  October 11, 2005

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 11, 2005.
>
> s/Carol A. Pinegar
> Deputy Clerk

s/ David J. Selwocki w/signed consent of      s/ David J. Selwocki

Jim R. Edwards, President      David J. Selwocki  P51375
Vulcan Iron Works, Inc.      Attorney for Plaintiffs

<u>s/ David J. Selwocki w/signed consent of</u>
Jim R. Edwards, Managing Member
Vulcan Iron, LLC

<u>s/ David J. Selwocki w/signed consent of</u>
Jim R. Edwards, Individually

W0430420.WPD